**11 MISC 00183**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re Subpoena to Elizabeth Vargas,

                    Non-party Movant.    :  Misc. No. _____

---------------------------------------------------------

GREGORY A. SLATE,

                    Plaintiff,           :  Case Pending in U.S. District Court for the
                                                    District of Columbia
    v.                                         No. 09-1761(BAH/DAR)

AMERICAN BROADCASTING
COMPANIES, INC., et. al.,

                    Defendants.    x

---------------------------------------------------------

RECEIVED MAY 24 2011 U.S.D.C. S.D.N.Y. CASHIERS

## MOTION OF NON-PARTY ELIZABETH VARGAS
## TO QUASH SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45(c)(3), and upon the accompanying Memorandum of Law and the declaration of Nathan E. Siegel with supporting exhibits, non-party Elizabeth Vargas will respectfully move this Court, on June 14, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, to quash the subpoena issued in the above-referenced matter, and for such other and further relief as the Court deems just, necessary and proper.

Dated: New York, New York
         May 24, 2011

                                        Respectfully submitted,

                                        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                        _____
                                        Nathan E. Siegel
                                        1050 Seventeenth Street, N.W., Suite 800
                                        Washington, D.C. 20036-5514
                                        Telephone: (202) 508-1100
                                        Facsimile: (202) 861-9888
                                        Email: nsiegel@lskslaw.com

                                        *Attorneys for Non-party Elizabeth Vargas*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2011, I directed that the **MISCELLANEOUS CASE COVER SHEET; MOTION OF NON-PARTY MOVANT ELIZABETH VARGAS TO QUASH; MEMORANDUM OF LAW IN SUPPORT THEREOF; AND DECLARATION OF NATHAN E. SIEGEL IN SUPPORT THEREOF, WITH EXHIBITS 1-7 THERETO,** be served by First-Class mail, postage prepaid, upon:

> Gregory Slate
> P.O. Box 21020
> Washington, DC 20009
> greg@gregslate.com
>
> *Plaintiff (pro se)*

*[signature]*
Nathan E. Siegel

{00405826;v1}