
ORIGINAL

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re Subpoena to Elizabeth Vargas,

                Non-party Movant.

Misc. No. 11 MISC 0183

---------------------------------------------------

GREGORY A. SLATE,

                Plaintiff,

Case Pending in U.S. District Court for the
District of Columbia
No. 09-1761(BAH/DAR)

v.

AMERICAN BROADCASTING
COMPANIES, INC., et. al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/11

---------------------------------------------------------x

## MOTION OF NON-PARTY ELIZABETH VARGAS
## TO QUASH SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45(c)(3), and upon the accompanying Memorandum of Law and the declaration of Nathan E. Siegel with supporting exhibits, non-party Elizabeth Vargas will respectfully move this Court, on June 14, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, to quash the subpoena issued in the above-referenced matter, and for such other and further relief as the Court deems just, necessary and proper.

Dated: New York, New York
       May 24, 2011

*Motion to quash the subpoena to Non-Party Elizabeth Vargas was withdrawn by Defendant American Broadcasting Companies Inc on June 14, 2011.*

*So ordered*
*[signature] USMJ*
*Part I*

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

_____
Nathan E. Siegel
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036-5514
Telephone: (202) 508-1100
Facsimile: (202) 861-9888
Email: nsiegel@lskslaw.com

*Attorneys for Non-party Elizabeth Vargas*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2011, I directed that the **MISCELLANEOUS CASE COVER SHEET; MOTION OF NON-PARTY MOVANT ELIZABETH VARGAS TO QUASH; MEMORANDUM OF LAW IN SUPPORT THEREOF; AND DECLARATION OF NATHAN E. SIEGEL IN SUPPORT THEREOF, WITH EXHIBITS 1-7 THERETO,** be served by First-Class mail, postage prepaid, upon:

>Gregory Slate
>P.O. Box 21020
>Washington, DC 20009
>greg@gregslate.com
>
>*Plaintiff (pro se)*

_____
Nathan E. Siegel

{00405826;v1}